Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Docket Number 6:20-po-00602-HBK |
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| FOX RENTAL CO, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal of United States v. Fox Rental Co, case no. 6:20-po-00602-HBK (violation no. 9292242), without prejudice and in the interest of justice.

Dated: December 9, 2020                    /S/ Sean O. Anderson
                                                                          Sean O. Anderson
                                                                          Acting Legal Officer
                                                                          Yosemite National Park

**ORDER**

Upon motion of the United States brought under Fed. R. Crim. Pro. 48, the matter of *United States v. Fox Rental Co*, case no. 6:20-po-00602-HBK (violation no. 9292242) is hereby dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   December 10, 2020

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2